RECEIVED

DEC 2 7 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| **JEROME SHERRELL WALKER** | **CIVIL ACTION NO. 11-1319-P** |
| **VERSUS** | **JUDGE ~~STAGG~~ WALTER** |
| **CADDO CORRECTIONAL CENTER MEDICAL DEPARTMENT** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 26 day of _____December_____ 2013.

~~TOM STAGG~~
**UNITED STATES DISTRICT JUDGE**